JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/08/27 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- plaintiffs (A-1 thru A-48) for transfer or actions pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: ? -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 85/09/06 | 2 | REQUEST FOR EXTENSION OF TIME -- Deft. G.D. Searle & Co -- GRANTED TO AND INCLUDING SEPTEMBER 18, 1985 to G.D. Searle & Co. -- Notified involved counsel. (ds) |
| 85/09/06 | | APPEARANCES -- MICHAEL A. PRETL, ESQ. for All Plaintiffs and PAUL F. STRAIN, ESQ. for G. D. Searle & Co. (ds) |
| 85/09/13 | 3 | RESPONSE (to pldg. #2) -- MOVING PLAINTIFFS w/cert. of svc. (ds) |
| 85/09/19 | 4 | RESPONSE, MEMORANDUM, EXHIBITS A - M -- G.D. Searle & Company -- w/cert. of service (cds) |
| 85/09/25 | 5 | NOTICE OF RELATED ACTIONS (pending in various federal district courts) -- G.D. Searle & Co. w/list of pending actions and cert. of svc. (ds) |
| 85/09/27 | 6 | RESPONSE/MEMORANDUM -- G.D. Searle & Co. -- w/cert. of service (cds) (motion was not filed, did not comply with rules copy of motion in correspondence) |
| 85/10/01 | 7 | RESPONSE, MEMORANDUM (to pldg. #3) -- deft. G.D. Searle & Co. -- w/cert. of service (cds) |
| 85/10/04 | 8 | JOINDER IN MOTION -- plaintiff Janice Mucher, et al. -- adding B-49 Janice Mucher, et al. v. G.D. Searle & Co., Inc., M.D. Louisiana, C.A. No. CA 82-780-B -- w/Attachments and cert. of service (cds) |
| 85/10/17 | 9 | RESPONSE (re pldg 12) -- G.D. Searle & Co. w/cert. of svc. (ds) |
| 85/10/18 | | HEARING ORDER -- MOTION OF PLAINTIFFS to transfer A-1 thru B-49 for hearing on 11/21/85 in Portland Oregon (paa) |
| 85/10/22 | 10 | MOTION, BRIEF, SCHEDULE (including A-1 thru A-48 and B-50 and B-51), CERT. OF SERVICE -- pltfs. Leticia Martinez, et al. and Carla Cavender, et al. -- SUGGESTED TRANSFEREE DISTRICT: ? (cds) |
| 85/10/23 | 11 | RESPONSE/MEMORANDUM (to pldg. #8) -- G.D. Searle & Co. w/cert. of svc. (ds) |
| 85/10/28 | 12 | INTERESTED PARTY RESPONSE, BRIEF, EXHIBITS SCHEDULE (pldg #9 responds to this) -- pltfs. in Donna Vandiver, et al. v. G.D. Searle & Co., N.D.Fla., PCA-84-4208 (also pltfs. in five state court actions) -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/07 | 13 | RESPONSE -- (to pldg. #10) G.D. Searle & Co. -- w/cert. of svc. (rh) |
| 85/11/15 | 14 | NOTICE TO WITHDRAW MOTION -- (of pldg. #1) Plaintiffs (A-1 thru A-48 (singed by Michael A. Pretl, Esq.) -- w/cert. of svc. (rh) |
| 85/11/19 | 15 | INTERESETD PARTY RESPONSE/BRIEF -- James Van Scotter -- w/cert. of svc. (rh) |
| 85/11/19 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING NOVEMBER 21, 1985 HEARING -- Notified involved counsel, clerks and judges (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 661 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 10/18/85 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/19/85 | MO | Unpublished | | | |

#### Special Transferee Information

DATE CLOSED: 11/19/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Deborah Moore v. G.D. Searle & Co. | Cal.,E. Karlton | CIVS-83-660-LKK | | | | |
| A-2 | Vickie Zumstein, et al. v. G.D. Searle & Co. | Colo. Kane | 84-K-186 | | | | |
| A-3 | Michele Bremer, et al. v. A.H. Robins Co., et al. | Colo. Kane | 84-K-133 | | | | |
| A-4 | Susan Nelson, et al. v. G.D. Searle & Co. | Colo. Kane | 84-K-1767 | | | | |
| A-5 | Carol Burks v. G.D. Searle & Co. | Colo. Kane | 81-K-1271 | | | | |
| A-6 | Donna M. Stover, et al. v. G.D. Searle & Co. | Colo. Kane | 84-K-671 | | | | |
| A-7 | Cindy Flaaen v. G.D. Searle & Co. | Colo. Kane | 83-K-1861 | | | | |
| A-8 | Jane Palmer Morrison v. G.D. Searle & Co. | Colo. Kane | 85-K-1704 | | | | |
| A-9 | Lauri Fusco, et al. v. G.D. Searle & Co. | Colo. Kane | 83-K-1497 | | | | |
| A-10 | Margaret D'Amboise, et al. v. G.D. Searle & Co. | Colo. Kane | 83-K-1648 | | | | |
| A-11 | Ann M. Smith, et al. v. G.D. Searle & Co. | Colo. Kane | 83-K-37 | | | | |
| A-12 | Mary Shoemaker, et al. v. G.D. Searle & Co. | Idaho Ryan | 85-1159 | | | | |

Case MDL No. 661   Document 1   Filed 06/11/15   Page 5 of 10

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Donna Ray, et al. v. G.D. Searle & Co. | Ind.,S. Dillin | NA-83-59-C | | | | |
| A-14 | Brenda Gail Jackson v. G.D. Searle & Co. | Ind.,S. Steckler | NA-81-213-C | | | | |
| A-15 | Gretchen Manley, et al. v. G.D. Searle & Co. | Ind.,S. Barker | IP-85-1180 (1180) | | | | |
| A-16 | Karen M. Buell, et al. v. G.D. Searle & Co. | Md. Young | Y-84-3958 | | | | |
| A-17 | Deborah A. Sauer v. G.D. Searle & Co. | Md. Young | Y-84-4506 | | | | |
| A-18 | Robin Reeder v. G.D. Searle & Co. | Md. Young | Y-84-4569 | | | | |
| A-19 | Carol K. Dougherty v. G.D. Searle & Co. | Md. Black | B-85-1175 | | | | |
| A-20 | Kathryn A. Bond v. G.D. Searle & Co. | Md. Black | B-85-1353 | | | | |
| A-21 | Bernadette R. O'Leary v. G.D. Searle & Co. | Md. Young | Y-84-4384 | | | | |
| A-22 | Deborah L. Gustafson, et al. v. G.D. Searle & Co. | Md. Young | Y-84-3779 | | | | |
| A-23 | Lori Kushner v. G.D. Searle & Co. | Md. Young | Y-84-2770 | | | | |
| A-24 | Phyllis J. Phillips v. Hugh J. Davis, M.D., et al. | Md. Young | Y-84-1254 | | | | |

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-25 | Patricia DeBenedictis v. G.D. Searle & Co. | Md. Young | Y-83-1067 | | | | |
| A-26 | Karen Lee Irvin, et al. v. G.D. Searle & Co. | Md. Young | Y-83-864 | | | | |
| A-27 | Joan Labow, et al. v. Hugh J. Davis, M.D., et al. | Md. Black | B-84-3768 | | | | |
| A-28 | Louise Lewellen v. G.D. Searle & Co. | Md. Young | Y-83-1144 | | | | |
| A-29 | Bonnie Georgia, et al. v. Hugh J. Davis, M.D., et al. | Md. Black | B-85-1887 | | | | |
| A-30 | Donna J. Guba, et al. v. G.D. Searle & Co. | Md. Young | Y-83-387 | | | | |
| A-31 | Laura Stone-Pigott, et al. v. Hugh J. David, M.D., et al. | Md. ~~Harvey~~ Young | Y-83-3215 | | | | |
| A-32 | Nadine Allen, et al. v. G.D. Searle & Co. | Md. Young | Y-84-4599 | | | | |
| A-33 | Mary Ann Heininger v. G.D. Searle & Co. | Md. Young | Y-84-2248 | | | | |
| A-34 | Oteria Myers, et al. v. G.D. Searle & Co. | Md. Young | Y-84-775 | | | | |
| A-35 | Judy Perlov v. G.D. Searle & Co. | Md. Young | Y-84-4504 | | | | |
| A-36 | Susan Roza, et al. v. G.D. Searle & Co. | Md. Young | Y-84-4691 | | | | |

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-37 | Shirley Z. Gamble, et al. v. G.D. Searle & Co. | Md. Young | Y-83-3370 | | | | |
| A-38 | Ana Sussmann v. G.D. Searle & Co. | Md. Young | Y-84-4306 | | | | |
| A-39 | Sue Ellen Marder, et al. v. G.D. Searle & Co. | Md. Young | Y-82-3506 | | | | |
| A-40 | Jayne Tsuchiyama v. G.D. Searle & Co. | Md. Young | Y-84-286 | | | | |
| A-41 | Yaffa Oren v. G.D. Searle & Co. | Md. Hargrove | HAR-85-2329 | | | | |
| A-42 | Nancy Jean Tillery, et al. v. G.D. Searle & Co. | Md. Young | Y-83-3735 | | | | |
| A-43 | Deena L. Meyer v. G.D. Searle & Co. | Minn. ~~Lord~~ Renner | 3-82-1132 | | | | |
| A-44 | Pearl Jolly v. G.D. Searle & Co. | Minn. ~~Lord~~ McLaughlin | 4-81-911 | | | | |
| A-45 | Kathryn Marie Hendricks v. G.D. Searle & Co. | Minn. ~~Lord~~ Magnuson | B-82-1120 | | | | |
| A-46 | Phyllis Johnson v. G.D. Searle & Co. | Miss.,S. Barbour | J-83-0797(B) | | | | |
| A-47 | Candice Due v. G.D. Searle & Co. | Mo.,W. Bartlett | 84-0974-CV-W-4-9 | | | | |
| A-48 | Nancy Donovan v. G.D. Searle & Co. | Mo.,W. Bartlett | 84-0975-CV-W-1 | | | | |
| B-49 | Janice Mucher, et al. v. G.D. Searle & Co., Inc. | M.D.La. Polozola | CA82-780-B | | | | |

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-50 | Leticia Martinez, et al. v. G.D. Searle & Co. | N.D.Tex. Woodward | 85-129 | | | | pldg. 10 |
| B-51 | Carla Cavender, et al. v. G.D. Searle & Co. | N.D.Tex. Woodward | 85-185 | | | | pldg. 10 |
| B-52 | Donna Vandiver, et al. v. G.D. Searle & Co. | N.D.Fla. Winston | PCA-84-4208 | | | | pldg. #12 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 661 -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Litigation

| | |
|---|---|
| ALL PLAINTIFFS (A-1 thru A-48)<br>Michael A. Pretl, Esquire<br>Pretl & Schultheis, P.A.<br>2600 St. Paul Street<br>Baltimore, MD  21218<br><br>JANICE MUCHER, ET AL. (B-49)<br>Roy Maughan, Esquire<br>Maughan, Atkinson & Martin, Ltd.<br>1755 Wooddale Boulevard<br>Baton Rouge, Louisiana 70806<br><br>LETICIA MARTINEZ, ET AL. (B-50)<br>CARLA CAVENDER, ET AL. (B-51)<br>Johnny Splawn, Esquire<br>Splawn and Simpson<br>Post Office Box 1376<br>Lubbock, Texas  79408 | G.D. SEARLE & CO.<br>Paul F. Strain, Esq.<br>Venable, Baetjer and Howard<br>1800 Mercantile Bank & Trust Bldg.<br>Two Hopkins Plaza<br>Baltimore, MD  21201<br><br>(No appearance received)<br>HUGH J. DAVIS, M.D.<br>Deborah E. Jennings, Esq.<br>Piper & Marbury<br>1100 Charles Center South<br>36 S. Charles Street<br>Baltimore, MD  21201<br><br>(No appearance received)<br>A.H. ROBINS CO.<br>Charles P. Goodell, Jr., Esq.<br>Semmes, Bowen & Semmes<br>10 Light St.<br>Baltimore, MD  21202<br><br>FREDERICK A. CLARK, JR., M.D.<br>Charles P. Goodell, Jr., Esq.<br>(listed above)<br>(NO APPEARANCE RECEIVED) |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __661__ -- In re G.D. Searle & Co. "CU-7" IUD Products Liability Lit.

| Name of Party | Named as Party in Following Actions |
|---|---|
| G.D. Searle & Co. | A-1 - A-43 |
| A.H. Robins Co. | A-3, A-24, A-27, A-37, A-31 |
| Hugh J. Davis, M.D. | A-24, A-27, A-29, A-31 |
| Frederick A. Clark, Jr., M.D. | A-31 |
| | |
| | |
| | |
| | |
| | |
| | |