

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 19 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 661

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE G.D. SEARLE & CO. "CU-7" IUD PRODUCTS LIABILITY LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE NOVEMBER 21, 1985 HEARING

    This matter is before the Panel pursuant to motions by plaintiffs in the actions listed on the attached Schedule A for transfer under 28 U.S.C. §1407 of actions in this litigation to a single district for coordinated or consolidated pretrial proceedings. The original moving plaintiffs now seek to withdraw their motion. These parties represent that they have been authorized to state by counsel for other moving plaintiffs that those plaintiffs also consent to withdrawal of the motions in this docket. The parties seeking to withdraw their motions state that since the first motion was filed in this docket, 1) significant discovery has been undertaken relative to the common issues in product litigation pending in the District of Minnesota and elsewhere; and ii) counsel for plaintiffs have received adequate assurances that the fruits of such discovery will be available for use in their litigation.

    IT IS THEREFORE ORDERED that movants' request to withdraw their motions be granted, and that the motions be, and the same hereby are, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on October 17, 1985, as amended on October 23 and November 1, 12, and 13, 1985, be, and the same hereby are, VACATED insofar as they relate to actions in the above-referenced litigation included on the attached Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-661 -- In re G.D. Searle & Co. "CU-7" IUD Product Liability Litigation

### Eastern District of California

Deborah Moore v. G.D. Searle & Co.,
  C.A. No. Civ-S-83-660-LKK

### District of Colorado

Vickie Zumstein, et al. v. G.D. Searle & Co.,
  C.A. No. 84-K-186
Michele Bremer, et al. v. A.H. Robins Co., et al.,
  C.A. No. 84-K-133
Susan Nelson, et al. v. G.D. Searle & Co., et al.,
  C.A. No. 84-K-1767
Carol Burks v. G.D. Searle & Co.,
  C.A. No. 81-K-1271
Donna M. Stover, et al. v. G.D. Searle & Co.,
  C.A. No. 84-K-671
Cindy Flaaen v. G.D. Searle & Co.,
  C.A. No. 83-K-1861
Jane Palmer Morrison v. G.D. Searle & Co.,
  C.A. No. 85-K-1704
Lauri Fusco, et al. v. G.D. Searle & Co.,
  C.A. No. 83-K-1497
Margaret D'Amboise, et al. v. G.D. Searle & Co.,
  C.A. No. 83-K-1648
Ann M. Smith, et al. v. G.D. Searle & Co.,
  C.A. No. 83-K-37

### Northern District of Florida

Donna Vandiver, et al. v. G.D. Searle & Co.,
  C.A. No. PCA-84-4208

### District of Idaho

Mary Shoemaker, et al. v. G.D. Searle & Co.,
  C.A. No. 85-1159

### Southern District of Indiana

Donna Ray, et al. v. G.D. Searle & Co.,
  C.A. No. NA-83-59-C
Brenda Gail Jackson v. G.D. Searle & Co.,
  C.A. No. NA-81-213-C
Gretchen Manley, et al. v. G.D. Searle & Co.,
  C.A. No. IP-85-118C

### Middle District of Louisiana

Janice Mucher, et al. v. G.D. Searle & Co., Inc.,
  C.A. No. CA82-780-B

Schedule A (cont'd)

### District of Maryland

Karen M. Buell, et al. v. G.D. Searle & Co.,
  C.A. No. Y-84-3958
Deborah A. Sauer v. G.D. Searle & Co.,
  C.A. No. Y-84-4506
Robin Reeder v. G.D. Searle & Co.,
  C.A. No. Y-84-4569
Carol K. Dougherty v. G.D. Searle & Co.,
  C.A. No. B-85-1175
Kathryn A. Bond v. G.D. Searle & Co.,
  C.A. No. B-85-1353
Bernadette R. O'Leary v. G.D. Searle & Co.,
  C.A. No. Y-84-4384
Deborah L. Gustafson, et al. v. G.D. Searle & Co.,
  C.A. No. Y-84-3779
Lori Kushner v. G.D. Searle & Co.,
  C.A. No. Y-84-2770
Phyllis J. Phillips v. Hugh J. Davis, M.D., et al.,
  C.A. No. Y-84-1254
Patricia DeBenedictis v. G.D. Searle & Co.,
  C.A. No. Y-83-1067
Karen Lee Irvin, et al. v. G.D. Searle & Co.,
  C.A. No. Y-83-864
Joan Labow, et al. v. Hugh J. Davis, M.D., et al.,
  C.A. No. B-84-3768
Louise Lewellen v. G.D. Searle & Co.,
  C.A. No. Y-83-1144
Bonnie Georgia, et al. v. Hugh J. Davis, M.D., et al.,
  C.A. No. B-85-1887
Donna J. Guba, et al. v. G.D. Searle & Co.,
  C.A. No. Y-83-387
Laura Stone-Pigott, et al. v. Hugh J. Davis, M.D., et al.,
  C.A. No. H-83-3215
Nadine Allen, et al. v. G.D. Searle & Co.,
  C.A. No. Y-84-4599
Mary Ann Heininger v. G.D. Searle & Co.,
  C.A. No. Y-84-2248
Oteria Myers, et al. v. G.D. Searle & Co.,
  C.A. No. Y-84-775
Judy Perlov v. G.D. Searle & Co.,
  C.A. No. Y-84-4504
Susan Roza, et al. v. G.D. Searle & Co.,
  C.A. No. Y-84-4691
Shirley Z. Gamble, et al. v. G.D. Searle & Co.,
  C.A. No. Y-83-3370
Ana Sussmann v. G.D. Searle & Co.,
  C.A. No. Y-84-4306
Sue Ellen Marder, et al. v. G.D. Searle & Co.,
  C.A. No. Y-82-3506
Jayne Tsuchiyama v. G.D. Searle & Co.,
  C.A. No. Y-84-286
Yaffa Oren v. G.D. Searle & Co.,
  C.A. No. HAR-85-2329
Nancy Jean Tillery, et al. v. G.D. Searle & Co.,
  C.A. No. Y-83-3735

Schedule A (cont'd)

District of Minnesota

Deena L. Meyer v. G.D. Searle & Co.,
  C.A. No. 3-82-1132
Pearl Jolly v. G.D. Searle & Co.,
  C.A. No. 4-81-911
Kathryn Marie Hendricks v. G.D. Searle & Co.,
  C.A. No. B-82-1120

Southern District of Mississippi

Phyllis Johnson v. G.D. Searle & Co.,
  C.A. No. J-83-0797(B)

Western District of Missouri

Candice Due v. G.D. Searle & Co.,
  C.A. No. 84-0974-CV-W-4-9
Nancy Donovan v. G.D. Searle & Co.,
  C.A. No. 84-0975-CV-W-1

Northern District of Texas

Leticia Martinez, et al. v. G.D. Searle & Co.,
  C.A. No. 85-129

Carla Cavender, et al. v. G.D. Searle & Co.,
  C.A. No. 85-185